IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| GLENN ALTMAN, ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| J. ALEXANDER'S RESTAURANTS, LLC ) | |
| Defendant/Third-Party Plaintiff ) | CAUSE NO. 3:22CV-401-DJH-RSE |
| ) | |
| v. ) | |
| ) | |
| JOHN DOE ) | |
| Unknown Third-Party ) | |
| Defendant. ) | |

## THIRD-PARTY COMPLAINT

Comes Defendant/Third-Party Plaintiff, J. Alexander's Restaurants, LLC, by Counsel, and for its Third-Party Complaint against John Doe, an unknown Third-Party Defendant, hereby states as follows:

1. Third-Party Defendant, John Doe, is presently the unidentified perpetrator of one or more crimes involving Plaintiff, Glenn Altman, which occurred at J. Alexander's Redlands Grill, 102 Oxmoor Court, Louisville, Kentucky 40222, on or about June 21, 2021.

2. In the case at bar, Plaintiff claims he was shot in the leg by a stray bullet which came from a gun fired by John Doe.

3. As a result of John Doe's criminal acts, Plaintiff claims he was injured and now seeks damages for those claimed injuries.

4. Plaintiff has alleged that J. Alexander's is liable to him for his injuries and damages for its alleged negligence in purportedly failing to provide adequate security on the premises.

## COUNT ONE – INDEMNITY, CONTRIBUTION, AND APPORTIONMENT

5. If and to the extent J. Alexander's is found liable to Plaintiff in this action, such liability being expressly denied, J. Alexander's was not responsible for Plaintiff's injuries and/or damages.

6. Any liability of J. Alexander's, such liability being expressly denied, was secondary to the primary and unforeseeable liability of John Doe, providing J. Alexander with a right of common law indemnity against John Doe.

7. J. Alexander's is further entitled to contribution from John Doe for any and all injuries and damages alleged by Plaintiff.

8. J. Alexander's is further entitled to apportionment of liability amongst all parties, including John Doe, for all claims alleged by Plaintiff.

WHEREFORE, Defendant/Third-Party Plaintiff, J. Alexander's Restaurants, LLC, respectfully requests the following:

a. That Plaintiff's Complaint be dismissed, *with prejudice*;

b. For its costs expended herein, including reasonable attorneys' fees;

c. For trial by jury;

d. For an Order of indemnity and/or contribution against Third-Party Defendant, John Doe, for any judgment returned against Defendant/Third-Party Plaintiff in this action;

e. For a jury instruction permitting apportionment of fault amongst the parties, including Third-Party Defendant, John Doe, pursuant to KRS 411.182; and

f. For any and all other relief to which Defendant/Third-Party Plaintiff may be entitled.

Respectfully submitted,

BARNES MALONEY PLLC

*/s/ Justin M. Schaefer*

_____

Justin M. Schaefer, Esq.
Patrick A. Muldoon, Esq.
401 West Main Street, Suite 1600
Louisville, KY 40202
PH: (502) 625-1702
FAX: (502) 779-3566
jschaefer@sbmkylaw.com
pmuldoon@sbmkylaw.com
*Counsel for Defendant,*
*J. Alexander's Restaurants, LLC*

## **CERTIFICATE OF SERVICE**

This will certify that a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court by using the CM/ECF system on this 22nd day of February, 2023, and electronic notice of same will be sent to the following Counsel of record:

Douglas E. Miller, Esq.
Miller and Durham, PLLC
400 W. Lincoln Trail Blvd.
Radcliff, KY 40160
PH: (270) 351-4383
FAX: (270) 351-4426
dmiller61@gmail.com

*/s/ Justin M. Schaefer*
_____
BARNES MALONEY PLLC

3