UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

GLENN ALTMAN,                                                      Plaintiff,

v.                                         Civil Action No. 3:22-cv-401-DJH-RSE

J. ALEXANDER'S RESTAURANTS, LLC,                      Defendant.

* * * * *

### **ORDER**

The parties have filed a stipulation of dismissal with prejudice signed by all parties who have appeared. (Docket No. 36) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and is **STRICKEN** from the Court's active docket.

March 18, 2024

**David J. Hale, Judge**
**United States District Court**